NUMBER 13-02-442-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

___________________________________________________________________

TEXAS DEPARTMENT OF PUBLIC SAFETY , Appellant,



v.


HUBERT FRED OLSON , Appellee.

___________________________________________________________________
On appeal from the County Court at Law 

of Aransas County, Texas.

___________________________________________________________________

MEMORANDUM OPINION


Before Chief Justices Valdez and Justices Hinojosa and Rodriguez

Opinion Per Curiam


Appellant, TEXAS DEPARTMENT OF PUBLIC SAFETY , perfected an appeal from a judgment entered by the County
Court at Law of Aransas County, Texas, in cause number 2107C . After the record had been filed and after the cause was
set for submission and oral argument, the parties filed a joint motion for entry of an agreed order. In the motion, the parties
state that they have agreed to an order reversing the trial court's decision and affirming the administrative decision so that
this case may be concluded. The parties request that this Court enter such an order and assess costs against each party as
they have been incurred.

The Court, having examined and fully considered the documents on file and the parties' joint motion, is of the opinion that
the motion should be granted. The joint motion is granted, and the judgment of the trial court is hereby REVERSED and
RENDERED that the administrative decision be affirmed.

PER CURIAM



Opinion delivered and filed this

the 6th day of February, 2003 .